1

2

LAW OFFICES OF RONALD A. MARRON, APLC
RONALD A. MARRON, ESQ. [SBN 175650]
3636 Fourth Avenue, Ste. 202
San Diego, CA 92103
Telephone:    619-696-9006
Facsimile:    619-564-6665

3

4

5

6

LAW OFFICE OF DAVID L. ROMERO
DAVID L. ROMERO, ESQ. [SBN 231210]
925 Sandcastle Drive
Cardiff, CA 92007
Telephone:    619-995-0356
Facsimile:    760-942-9126

7

8

9

Attorneys for Plaintiff,
and all others similarly situated

10

11

12                          UNITED STATES DISTRICT COURT

13                        SOUTHERN DISTRICT OF CALIFORNIA

14

15

16

DAVID BURTON, On Behalf of Himself,
All Others Similarly Situated and the
General Public,

                              Plaintiffs,

17

18                                    vs.

19

20

GANEDEN BIOTECH, INC.;
SCHIFF NUTRITION
INTERNATIONAL, INC.; and
SCHIFF NUTRITION GROUP, INC..

21

22                              Defendants

23

24

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.     11-CV-1471 W NLS

**FIRST AMENDED CLASS ACTION
COMPLAINT FOR:**

1.  VIOLATIONS OF THE CONSUMER
    LEGAL REMEDIES ACT, CIVIL
    CODE §§ 1750, *et. seq.*;
2.  VIOLATIONS OF THE UNFAIR
    COMPETITION LAW, BUSINESS &
    PROFESSIONS CODE §§ 17200, *et seq.*;
3.  BREACH OF EXPRESS WARRANTY;
    and
4.  MONEY HAD AND RECEIVED,
    MONEY PAID, AND UNJUST
    ENRICHMENT

DEMAND FOR JURY TRIAL

25

26

27

28

1
**FIRST AMENDED CLASS ACTION COMPLAINT**

1    Plaintiff, David Burton, by and through his attorneys of record, brings this action on

2  behalf of himself and all others similarly situated and the general public against defendants

3  GANEDEN BIOTECH, INC. ("Ganeden") and SCHIFF NUTRITION INTERNATIONAL

4  ("Schiff").  Plaintiffs allege the following upon their own knowledge, or where there is no

5  personal knowledge, upon information and belief and the investigation of their counsel:

6  <center>**JURISDICTION AND VENUE**</center>

7  1.    This Court has original jurisdiction pursuant to 28 U.S.C. §1332(d)(2), as amended by the

8  Class Action Fairness Act of 2005 because the matter in controversy, exclusive of interest and

9  costs, exceeds the sum or value of $5,000,000 and is a class action in which some members of

10  the Class of plaintiffs are citizens of states different than defendants Ganeden Biotech and Schiff

11  Nutrition International.  This Court has supplemental jurisdiction over the state law claims

12  pursuant to 28 U.S.C. §1367.  Further, on information and belief, greater than two-thirds of the

13  Class members reside in states other than the states in which Ganeden Biotech and Schiff are

14  citizens.

15  2.    Venue is proper in this Court pursuant to 28 U.S.C. §1391(b)(2) because many of the acts

16  and transactions, including the purchases and sales giving rise to this action, occurred in this

17  district and because defendants:

18    (i) are authorized to conduct business in this district and have intentionally availed itself

19       of the laws and markets within this district through the promotion, marketing,

20       distribution and sale of its products in this district;

21    (ii) do substantial business in this district;

22    (iii) advertise to consumers residing in this district, and

23    (iv) are subject to personal jurisdiction in this district.

24  <center>**NATURE OF THE ACTION**</center>

25  3.    After reading the label in June 2010, Mr. David Burton purchased a box of 30 capsules of

26  Sustenex Probiotic Capsules from CVS pharmacy, in Escondido California, for approximately

27  $20.00.  Relying on the claims made on the packaging and upon advertisements to which he was

28  also exposed, Mr. Burton purchased the product at least twice more in approximately July and

<center>2</center>
<center>**FIRST AMENDED CLASS ACTION COMPLAINT**</center>

1   August 2010.

2   4.      This is a consumer protection class action addressing the advertisements Ganeden and

3   Schiff have made and continue to make about their over-the-counter "digestive care" products,

4   including the Sustenex, Digestive Advantage and EnLiven product lines.  Through its marketing

5   campaign and package labeling, Ganeden claims its products, which contain a proprietary

6   "helpful" bacteria known as GanadenBC$^{30}$ (also referred to as "BC30"), improve and benefit the

7   digestive and immune health of individuals who regularly consume them.  Specifically, Ganeden

8   and Schiff claim that their products do so by:

9        • **Boosting** the immune system.

10       • **Promoting** Digestive Health.

11       • **Maintaining** the critical balance between "good" and "bad" bacteria.

12       • **Protecting** against digestive system upsets.

13       • **Guarding** against occasional gas and bloating

14   5.      Ganeden, acquired by Schiff, (announced on June 2, 2011) manufactures, markets and

15   sells health products known as Sustenex Probiotic Capsules, Sustenex Probiotic Gummies,

16   Sustenex Probiotic Chews, Digestive Advantage - Intensive Bowel Support, Digestive

17   Advantage - Lactose Defense Formula, Digestive Advantage - Gas Defense Formula, Digestive

18   Advantage - Daily Constipation Formula and EnLiven Yogurt with ProBiotics, containing its

19   proprietary bacteria, GanedenBC$^{30}$ , (collectively, the "Products").  Ganeden also licenses its

20   proprietary strain of GanedenBC$^{30}$ for use in third party products such as chocolate, sweeteners,

21   muffins and other products.

22   6.      Through an extensive and comprehensive nationwide marketing campaign, Ganeden

23   claims that its Products are "clinically proven" to help "support" consumers' health, benefits

24   which are purportedly superior to other products currently on the market.  Ganeden claims in its

25   advertising that these exclusive health benefits result from the therapeutic effect of

26   GanedenBC$^{30}$, a so-called patented strain of "probiotic" bacteria that is unique to the Products.

27   Ganeden holds itself out as a company committed to, "improving quality of life" and to

28   developing solutions to digestive and immune health that are safe and "effective".  Ganeden's

1    representations are false, misleading and reasonably likely to deceive the public.

2    7.      Ganeden claims in its advertising, including on its packaging for its various products, that

3    these health benefits result because of its proprietary strain of probiotic bacteria which acts to

4    "**maintain the balance between "good" and "bad" bacteria in the digestive system"** and

5    **"boost the immune system"** in individuals that regularly consume the products.  Although

6    Ganeden provides several studies and abstracts that describe experiments relating to

7    GanedenBC$^{30}$, none of the studies cited demonstrate data that substantiate Ganeden's claims and

8    fall well short of the so-called "clinical proof" described on its packaging.  Accordingly,

9    Ganeden's representations are false, misleading and reasonably likely to deceive the public.

10   8.      Ganeden's own studies fail to support this advertising message, and a number of the

11   studies contradict Ganeden's claims.  It is not proven that Ganeden's proprietary strain of

12   probiotic bacteria delivers the unique health benefits claimed in its advertising campaign.

13   Nonetheless, as a result of Ganeden's deceptive advertising campaign, Ganeden is able to reap

14   significant profits from the sale of its Products.

15   9.      In 2003, Ganeden began marketing Digestive Advantage, a daily supplement containing

16   GanedenBC$^{30}$ that includes the brands Intensive Bowel Support, Lactose Defense Formula, Gas

17   Defense Formula and Daily Constipation Formula.  In 2003, Ganeden also launched a marketing

18   campaign for Sustenex Daily Probiotic capsules.  On its label and in its other advertisements,

19   Ganeden stated, and continues to state, that the Products contain the bacterial strain

20   GanedenBC$^{30}$, a trademarked name for the patented strain of probiotic bacteria, *Bacillus*

21   coagulans GBI-30, 6086, the purported consumption of which results in digestive and immune

22   health benefits to consumers.  Ganeden states that GanedenBC$^{30}$ is not a drug and instead claims

23   that it is a natural supplement that can help "*support* your digestive health and *maintain* your

24   immune system".  Ganeden later began marketing other Sustenex name brands, including

25   Sustenex Gummies and Chews.  Most recently, Ganeden began marketing its own version of

26   probiotic-containing yogurt containing GanedenBC$^{30}$, EnLiven.

27   10.     Based on information and belief, EnLiven was developed and designed to compete in the

28   highly profitable market of so-called health promoting foods which includes other products such

1    as Dannon's Activia® and Yoplait's Yoplus® brand yogurts.   Since 2003, Ganeden has

2    introduced 9 new products and sold nearly 400 million doses of its products through over 70,000

3    retail outlets.  Ganeden also licenses its patented probiotic bacteria, GanedenBC[30] for use in

4    commercial food and beverage applications, functional foods, medical food products, dietary

5    supplements, nutraceuticals and in animal health industries.

6    11.    Plaintiff brings this action on behalf of himself and other similarly situated consumers in

7    the United States to halt the dissemination of this false and misleading advertising message,

8    correct the false and misleading perception it has created in the minds of consumers, and to

9    obtain redress for those who have purchased the Products.

10    12.    Plaintiff alleges violations of the Consumers Legal Remedies Act, the Unfair

11    Competition Law, Unjust Enrichment and breach of the express warranty created by its

12    advertising, including its labeling.

13    **PARTIES**

14    13.    At all times relevant to this matter, plaintiff, David Burton resided and continues to reside

15    in this district.  During the Class period, plaintiff was exposed to and saw Ganeden's claims,

16    purchased some of the Products in reliance on these claims, and suffered injury in fact as a result

17    of the unfair competition described herein.

18    14.    On information and belief, defendant Ganeden Biotech, Inc., is a privately-held company,

19    founded in 1997, based in Cleveland, Ohio, incorporated in Delaware, and is the largest seller of

20    over-the-counter probiotics in the United States through its Digestive Advantage®, EnLiven® and

21    Sustenex® line brand of products.  Ganeden claims that its products have been "clinically

22    proven" to help defend against occasional digestive upsets and to "boost the immune system".  It

23    also licenses its patented probiotic bacteria, GanedenBC[30], for use in commercial food and

24    beverage applications as well as in medical foods and dietary supplements.  Ganeden states that

25    GanedenBC[30] was found to be Generally Recognized As Safe (GRAS) by an independent expert

26    panel assembled to assess its safety in use as a food ingredient.  Ganeden markets itself as a

27    "science-focused company" dedicated to bringing purportedly superior probiotics to markets that

28    have otherwise been unmet by traditional solutions.  Digestive Advantage and Sustenex brand

products are available at over 70,000 retailers nationwide, and within the State of California, including Wal–Mart, CVS/pharmacy, Walgreens, Rite–Aid, Stop & Shop, Giant, Publix, Kroger, and Target.  Products related to the Sustenex, Digestive Advantage and EnLiven brands generated net revenue of approximately $17 million for the year ended December 31, 2010. Ganeden promotes, markets, distributes and sells the Products throughout the United States, including to tens of thousands of consumers in California.  Based on information and belief, Ganeden Biotech was acquired by Schiff Nutritional International, Inc. in June 2011.

15.     On information and belief, defendant Schiff Nutritional International, Inc. is headquartered in Salt Lake City, Utah with offices located at 2002 South 5070 West Drive and was incorporated in Delaware in August 1996.  Schiff International develops, manufactures, markets and distributes branded and private label vitamins, nutritional supplements and nutrition bars in the United States and throughout the world.  Schiff's portfolio of well-known brands includes Move Free®, Schiff® Vitamins, MegaRed®, Mega-D3™, Tiger's Milk® and Fi-Bar®.

16.     On information and belief, defendant Schiff Nutrition Group, Inc. is headquartered in Salt Lake City, Utah with offices located at 2002 South 5070 West and was incorporated in Utah in May 1996.  Schiff Group develops, manufactures, markets and distributes branded and private label vitamins, nutritional supplements and nutrition bars in the United States and throughout the world.  Schiff's portfolio of well-known brands includes Move Free®, Schiff® Vitamins, MegaRed®, Mega-D3™, Tiger's Milk® and Fi-Bar®.

## FACTUAL ALLEGATIONS

17.     In 2003, Ganeden announced the release of Sustenex Probiotic Caps and Digestive Advantage, the first of Ganeden's products to purportedly promote digestive and immune health benefits employing its "proprietary strain of GanedenBC$^{30}$" to deliver good bacteria to the digestive system and naturally defend against occasional constipation and irregularity issues and provide immune health benefits.  Since that time, Ganeden has consistently conveyed the message to consumers throughout the United States that its proprietary probiotic bacteria delivers health benefits, claims which are not substantiated, let alone established as fact.

18.     Digestive Advantage encompasses a broad range of products designed to cover a wide

**FIRST AMENDED CLASS ACTION COMPLAINT**

swath of consumers interested in alleviating symptoms related to bloating, constipation, gas, irritable bowel syndrome, lactose intolerance, among other maladies related to the digestive tract. Most recently, Ganeden announced the release of EnLiven yogurt, which incorporates GanedenBC$^{30}$ to convey purported digestive and immune health benefits other probiotic products do not.  EnLiven Yogurt employs GanedenBC$^{30}$ as a live yogurt culture to purportedly deliver "clinically proven" relief and improved digestive and immune health with regular consumption. In sum, Ganeden's claims cover a significant consumer base and falsely claim digestive and immune health benefits with a complete lack of definitive scientific data to support such claims.

19.     On the Ganeden Labs website, scientific claims of digestive and immune health benefits abound with carefully orchestrated illustrations of scientists conducting bacterial culture all communicated to consumers with the notion that GanedenBC$^{30}$ is "clinically proven" to deliver the health benefit claims made by Ganeden. (http://www.ganedenlabs.com/science-regulate-the-digestive-system.php)

20.     In its advertising campaign Ganeden asserts that its products and GanedenBC$^{30}$ are "clinically proven" to provide digestive and immune health benefits not available in other comparable products.  In fact, Ganaden's marketing campaign attempts to tie immune system function directly with digestive health by stating that good intestinal health leads to better health and that better health begins with "keeping your immune system working well".

21.     Ganeden further contends that GanedenBC$^{30}$ is pivotal in:  "keeping your immune system working at full strength begins with Sustenex.  Sustenex can boost your immune system by giving it a daily dose of probiotics or healthy bacteria. It's what every body needs, every day."

22.     Ganaden further induces purchase of its Products by advertising:

"Your immune system does a great job of keeping you healthy and free from infection. A core component that keeps the immune system working at full strength is the beneficial bacteria that can help balance out the harmful versus beneficial bacteria in your intestines.  How Does Sustenex Boost Your Immune System? Sustenex with GanedenBC$^{30}$ **boosts immune systems** by replenishing the digestive tract with beneficial bacteria, otherwise known as probiotics. These probiotics help boost the immune system by keeping the levels of beneficial and harmful bacteria

7

**FIRST AMENDED CLASS ACTION COMPLAINT**

balanced, creating an optimal environment for the immune system to function."

23.     Ganeden again fails to offer any definitive study data which would suggest that GanedenBC$^{30}$, at the concentrations delivered in its products, actually provide the average healthy consumer any digestive or immune health benefits whatsoever.  Ganeden further states in its advertising, that "experts around the country have been talking about how taking Sustenex with GanedenBC$^{30}$ is one of the best things you can do for your immunity."  Sustenex also claims to deliver "over 10 times more live cells than the leading fortified probiotic yogurt" and yet fails to provide definitive *in vivo* study survivability data showing that GanedenBC$^{30}$ is actually delivered to the GI tract as claimed or that any health benefits are conveyed to any extent whatsoever.

24. Regarding its GanedenBC$^{30}$-containing yogurt EnLiven, Ganeden states:

> You can help support your digestive system with a daily supply of probiotics. And that's where EnLiven can help because every cup has hundreds of millions of cells of the probiotic, GanedenBC$^{30}$ strains contained in its Products survive the variable pH environment of the digestive tract.

25.     The consumer's reliance on Ganeden's claims are further resolved with Ganeden's money back guarantee and discount coupons which encourages purchasers into believing that the products are efficacious and thus, create a "placebo" effect following consumption of the products.  Further, marketing of Ganeden's various products on numerous sites such as for example, www.wal-mart.com, result in multiple purchases of Ganeden's products by a single consumer, leading to double and triple sales to individual consumers and exponential profits based on sales of a single "active" ingredient.

26.     Every one of Ganeden's products contains a single "probiotic", namely GanedenBC$^{30}$, to convey its purported health benefits to consumers.  Ganeden however, markets several different products to remedy a seemingly endless myriad of health-related issues despite the fact that each of these products contains the very same purportedly active ingredient.  Put simply, Ganeden intentionally sets out to deceive the average consumer by marketing different products that contain the same "active" ingredient, to remedy different ailments.  This results in multiple sales and high profit margins to Ganeden and Schiff.

27.    Ganeden advertised and continues to advertise that because of this purportedly unique proprietary probiotic, GanedenBC[30] may "support" digestive benefits and "boost immune health" in consumers.  Ganeden also claims:

> GanedenBC[30] is Different, Each cell of GanedenBC[30] forms a natural-occurring layer of organic material that serves as a protective shield against your stomach's acids. This unique protection makes GanedenBC[30] a great probiotic and a great choice for you and your family.

28.    Similar to its digestive health claims Ganeden fails to provide any clinical or scientific proof that support its claim of immune health benefits.  In fact, the scientific community is split on the benefits, if any, of regular consumption of probiotics.  It is conceded that any such potential benefits often depend on many factors including, survivability, concentration, strain and variability among individuals.  Nonetheless, Ganeden's marketing campaign emphasizes that its Products are "clinically proven" to "populate the intestines" with "beneficial" bacteria, improve one's digestive and immune health and implicitly acknowledges that the average consumer, lacking any scientific knowledge will rely on its claims.  In fact, labeling of Sustenex and Digestive Advantage supplements boldly claim that the product will "boost the immune system" despite lacking any scientific basis for such a claim.

29.    Ganeden's nationwide advertising campaign has been massive and comprehensive, spending more than $30 million to convey these deceptive messages to consumers throughout the United States.  Ganeden conveyed and continues to convey its deceptive claims about the Products through a variety of media, including television commercials and t.v. news profiles (*See*, http://abcnews.go.com/Health/video/health-food-trends-natural-products-expo-optimize-your-diet-health-13268281 relating to "Good Cacao", GanedenBC[30]-containing chocolate by Ganeden)  magazines, direct mail, the Internet (*See* http://www.facebook.com/pages/Ganeden-Biotech-Fan-Page/250933453276?ref=mf), in-store sampling, point of sale displays, and on the Products' labels and labeling.

30.    Through this significant marketing campaign, Ganeden has conveyed one message: Ganeden's proprietary bacterial strain of GanedenBC[30] is "clinically proven" to provide consumers with health benefits that other nutritional products do not.  Each person who has

purchased the Products has been exposed to Ganeden's misleading advertising message multiple times.  Further, Ganeden's advertising claims and purchase price guarantee are likely to deceitfully induce a placebo effect on consumers, irrespective of any actual probiotic effect.

31.     There are no proper clinical studies that provide substantiation, clinical or otherwise, for GanedenBC$^{30}$ containing digestive or immune health claims.  In fact, the studies that Ganeden cite, which purportedly provide "clinical proof" as to the health benefits of Sustenex, Digestive Advantage and EnLiven, fail to demonstrate definitive efficacy in either digestive or immune health of study participants.  Plaintiffs have examined study data provided by Ganeden and found no consistent, definitive data that suggest or provide a sound basis for Ganeden's health benefit claims and in some studies, Ganeden's claims of health benefit are contradicted.  Despite the FDA's authority in ensuring the safety of drugs and food, it has almost no power over the "diet supplement" industry and so Ganeden has been free to induce the consuming public using deceptive language and unreasonable business practices.  The Dietary Supplement Health and Education Act of 1994 specifically removes FDA authority from pills and "health" products, like Sustenex Daily Probiotic leaving corporations like Ganeden to induce consumption of so-called health benefit products with impunity.

32.     Ganeden's advertising and marketing campaign is designed to cause consumers to buy the Products as a result of this deceptive message, and Ganeden has succeeded.  As a result of this campaign, Ganeden's products sales and marketing campaign have reaped significant profits at the expense of unwitting consumers with an interest in improving their digestive and immune health.  Based on information and belief, since the launch of its products in 2003, Ganeden Biotech revenue has increased exponentially, exceeding $100 million over the period, with revenue projected to increase significantly due in large part, to licensing of GanedenBC$^{30}$ to corporate partners with an eye to making the same false claims that have been so profitable to Ganeden over nearly the past decade.

33.     Ganeden Biotech markets its Sustenex-related products under the name brands, Probiotic Chews, Capsules and Gummies.  In its marketing campaign, Ganeden asserts that "Sustenex boosts your immune system by delivering beneficial probiotic bacteria to your intestines."

Sustenex is also marketed with Ganeden asking, "How Does Sustenex Boost Your Immune System? Sustenex with GanedenBC$^{30}$ **boosts** immune systems by replenishing the digestive tract with beneficial bacteria, otherwise known as probiotics."

34.    Ganeden also provides on its website Frequently Asked Questions regarding Sustenex Daily Probiotic  as follows:

### Q. What is Sustenex?

A. Sustenex is a probiotic dietary supplement. It contains GanedenBC$^{30}$, a powerful, safe probiotic that can promote digestive health and boost the immune system with regular use.

### Q. How does Sustenex Work?

A. Think of Sustenex as a supplement, similar to a daily vitamin, only Sustenex gives your body a daily boost of friendly probiotic bacteria that are fundamental to digestive health.  Taking Sustenex with GanedenBC$^{30}$ daily delivers hundreds of millions of beneficial live bacteria where your body needs it the most...your digestive tract.

### Q. What are Probiotics?

A. As defined by the World Health Organization (WHO), probiotics are live microorganisms, which, when administered in adequate amounts, confer a health benefit on the host. Sustenex contains the probiotic, GanedenBC$^{30}$.

### Q. Directions for Use

A. **Directions:**

- For adults and children ages 12 & over
- Take one caplet of Sustenex per day with 8 ounces of liquid to maintain maximum immunity and digestive health
- **Do not stop taking current medication** prior to discussing with your physician
- Parental supervision is required for use by children
- **Keep out of reach of children**
- Keep at or below room temperature. Sustenex does not need to be refrigerated.

### Q. Why is Sustenex more effective than yogurt?

A. In a lab study of a simulated gastric stomach environment, Sustenex delivered more than 10 times the live cells than a leading probiotic yogurt.**.

### Q. What is GanedenBC$^{30}$?

A. GanedenBC$^{30}$ is a safe yet powerful strain of probiotics or "beneficial" bacteria that can help regulate your digestive tract and boost your immune system. It was included in Sustenex™ because this

11
**FIRST AMENDED CLASS ACTION COMPLAINT**

1   probiotic bacteria is able to survive stomach acid and is able to perform
2   many beneficial functions in the digestive system.

**Q. What makes Sustenex different?**

3   A. The probiotics found in capsules, tablets and yogurt are extremely
4   fragile and thus few cells survive and populate the intestines – providing
5   minimal health benefits. The probiotic bacteria in Sustenex,
    GanedenBC[30] is the clear choice because its cells are protected by a
6   hardened layer of organic material and can withstand your body's hostile
7   gastric environment. The Sustenex probiotics survive and successfully
8   deliver millions of live probiotic (helpful bacteria) cells exactly where
    your body needs them the most... your digestive tract.

**Q. Who should take Sustenex?**

9   A. Sustenex is recommended for adults and children ages 12 and over.
10  A healthy digestive system is crucial to everyone; therefore, everyone
    can benefit from taking Sustenex daily. Furthermore, as you age, the
11  number of positive bacteria naturally occurring in your digestive system
    drops, further amplifying the need for probiotics.

12

**Q. What can I expect after taking Sustenex?**

13  A. If you're currently experiencing digestive distress, you may
14  experience a healthy digestive balance in just a few days. Otherwise,
    Sustenex will quietly and gently establish more healthy bacteria in your
15  intestinal tract to defend against harmful bacteria and boost your immune
16  system.

**Q. Can I take Sustenex with medications or food?**

17  A. Yes. Sustenex is not a drug. It is a natural daily supplement that
18  contains the safe, healthy bacteria, GanedenBC[30]. There are no reported
    interactions with GanedenBC[30] with any medications or food.  If you
19  have questions, consult your physician.

20  **Q. Is Sustenex safe?**

21  A. Yes. The strain of probiotic bacteria in Sustenex has a 50-plus year
    history of safe use.

22

23  **Q. Are there any side effects of taking Sustenex?**

24  A. In the first few days you may experience some gas while your system
    adjusts to the additional beneficial bacteria. This is a good sign that the
25  "beneficial" bacteria in Sustenex are working to rebalance your digestive
    system and strengthen your immune system.

26

27  **Q. What are the ingredients in Sustenex?**

    A. GanedenBC[30] (*Bacillus coagulans,* a probiotic bacteria), calcium
28  (calcium carbonate), vegetarian capsule shell (hypromellose, water,
    titanium dioxide (color), chlorophyll), microcrystalline cellulose,

magnesium stearate and silicon dioxide. May contain trace amounts of casein (milk protein). Lactose free.

### Q. What is Digestive Advantage?

A. Digestive Advantage has become the trusted name in digestive health. Their over-the-counter, once-daily therapies have been trusted by thousands of physicians and consumers, and are available at most nationwide pharmacies and online retailers.

**The Digestive Advantage family of products:**
Digestive Advantage Intensive Bowel Support
Digestive Advantage Lactose Defense Formula
Digestive Advantage Daily Constipation Formula
Digestive Advantage Gas Defense Formula
For more information, visit DigestiveAdvantage.com.

### Q. What are the benefits of Sustenex?

- More effective than yogurt in delivering live cells
- Boosts the immune system
- Promotes digestive health
- Helps maintain a balance of beneficial bacteria

### Q. How does Sustenex boost your immune system?

A. Sustenex with GanedenBC[30] boosts your immune system by replenishing your digestive tract with beneficial bacteria cells, otherwise known as probiotics. These probiotics help boost your immune system by keeping the levels of beneficial and harmful bacteria balanced, creating an optimal environment in which the immune system can function.

### Q. Why does your digestive system need probiotics?

A. Many factors such as poor diet, changes in diet, age, antibiotic use, travel, illness, medications, stress and hormonal changes can disturb your intestinal balance and decrease the level of beneficial bacteria in your digestive sytem. Taking a daily probiotic supplement like Sustenex can restore healthy bacterial levels.

### Q. Can Sustenex be taken with Digestive Advantage?

A. Yes, it can be taken as an additional supplement, but we advise people with specific symptoms, such as lactose intolerance, Irritable Bowel Syndrome (IBS), Crohn's & Colitis, gas and constipation to take the Digestive Advantage product specifically designed for that disorder. If you use Sustenex as an added supplement, it will provide more beneficial bacteria to your system. One side effect may be some intestinal gas, but this should subside after a few days.
http://www.sustenex.com/FAQ/sustenex/advantage.aspx

**FIRST AMENDED CLASS ACTION COMPLAINT**

**Q. How does Sustenex promote digestive health?**

A. Maintaining a healthy level of probiotics (beneficial bacteria) in your digestive tract is crucial to your digestive health. Sustenex with GanedenBC$^{30}$ delivers hundreds of millions of probiotic bacteria to your digestive tract, which in turn promotes your digestive health.

**Q. Can I take Sustenex if I'm pregnant or nursing?**

A. While we do not know of any ingredients in Sustenex that could be harmful; however, we have not tested it on pregnant women. We suggest you bring Sustenex to your physician who can advise you.

**Q. Can I open the capsule and mix the contents in water or on food?**

A. Yes. You will receive the same benefits as if you swallowed a capsule.

**Q. How many cells are in Sustenex?**

A. Each capsule of Sustenex contains at least two billion cells of GanedenBC$^{30}$ at time of manufacture.

**Q. Does Sustenex contain casein?**

A. Sustenex may contain trace amounts of casein (milk protein).

**Q. Does Sustenex contain gluten?**

A. No.

**Q. Is Sustenex Kosher?**

A. Sustenex does not have kosher certification.

**Q. Is Sustenex sold in Canada or outside the U.S.?**

A. Not at this time. However, you can purchase Sustenex online at DoctorVicks.com. They have agreed to ship to Canada and countries outside of the United States.

**Q. Who manufactures Sustenex?**

A. Ganeden Biotech, Inc.; which is also makes Digestive Advantage$^{TM}$ products.

**Where can I purchase Sustenex?**

**Online:**

DigestiveAdvantageStore.com
Drugstore.com
DoctorVicks.com
Rofay.com
Amazon.com

**In Stores:**
Wal Mart
CVS/pharmacy
Walgreens Drug Stores
Rite Aid

<div align="center">

**Ingredients**
</div>

A. **Active Ingredient**: Ganeden**BC**<sup>30</sup> (*Bacillus coagulans* GBI-30, 6086)
**Other Ingredients:** Calcium (calcium carbonate), vegetarian capsule
shell (hypromellose, water, titanium dioxide (color), chlorophyll),
microcrystalline cellulose, magnesium stearate and silicon dioxide.
**Allergy Warning:** Sustenex may contain trace amounts of casein (milk
protein).
**Sustenex is lactose free**

<div align="center">

**Supplement Facts**
</div>

## Supplement Facts

Serving Size: 1 vegetarian capsule
Servings Per Container: 30

| | Amount Per Serving | %Daily Value |
|---|---|---|
| Calcium (as calcium carbonate) | 140 mg | 14% |
| GanedenBC³⁰ (Bacillus coagulans) | 2 billion viable cells⁶⁰ | ◊ |

◊Daily Value not established.

**Other ingredients:** vegetarian capsule shell (hypromellose, water, titanium dioxide (color), chlorophyll), microcrystalline cellulose, magnesium stearate and silicon dioxide.
Allergy warning: This product may contain trace amounts of casein (milk protein).
**Lactose Free.**   ⁶⁰Guaranteed cell count at time of manufacture

35.   Ganeden Biotech markets its Daily Advantage-related products under the name brands,
Intensive Bowel Support, Lactose Defense Formula, Gas Defense Formula and Daily
Constipation Formula.  Ganeden emphasizes that its Daily Advantage products contain
GanedenBC³⁰ "probiotics, a hardy strain of *Bacillus coagulans* -- these "friendly" bacteria, or
probiotics, help your body maintain a balance of bacteria -- supporting your digestive system.
Unlike some other probiotics, BC30 survives passage through harsh stomach acids and doesn't
need to be refrigerated, so there's no worrying about whether you're getting the live cells you
need.  Schiff® Digestive Advantage comes in four different formulas: Intensive Bowel Support,
Lactose Defense Formula, Gas Defense Formula and Daily Constipation Formula, so you can

<div align="center">

15
**FIRST AMENDED CLASS ACTION COMPLAINT**
</div>

1   choose the Digestive Advantage product that's right for you."  In other words, Ganeden and

2   Schiff encourage consumers to choose the product that will suit the consumer best, despite the

3   fact that every one of Ganeden products contains the same purportedly "active" ingredient.

4   36.    Ganeden and Schiff also market its EnLiven Yogurt product to health conscious

5   consumers looking to incorporate perceived probiotic benefits into healthy eating habits.  Despite

6   the claims, Ganeden fails to provide even a single scientific study that demonstrates any health

7   benefits arising from consumption of its EnLiven in any context whatsoever.

8   37.    Ganeden claims to have "harnessed" the power of probiotics in a full line of probiotic

9   products which act to "support digestive and immune health", claiming that GanedenBC$^{30}$ is

10  unique as a special strain of probiotic bacteria that is able to survive stomach acids to reach the

11  digestive tract "where they offer the greatest benefit".  In fact however, Ganeden's "clinical

12  proof" fails to provide any definitive survivability of its bacterial strain *in vivo*, much less any

13  defined benefits associated with consumption, beyond a placebo effect.

14  38.    The following is set forth in the enLiven website under the "Frequently Asked

15  Questions" section (http://enLivenyogurt.com/faq.php ), which provides in part,:

16  **What is EnLiven$^{TM}$?**

17      EnLiven is a new delicious yogurt that contains the unique
        probiotic culture, GanedenBC$^{30}$ that can help maintain your

18      digestive health. EnLiven comes in four varieties, contains all-
        natural ingredients, is 99% fat free and is the perfect way to start

19      your day or simply enjoy it as a healthy snack. Each 4 oz. cup of
        EnLiven contains hundreds of millions of GanedenBC$^{30}$ beneficial

20      cultures, which are really great at surviving the stomach's harsh
        acids to arrive in the intestines where they can have the greatest

21      benefit. EnLiven offers you a probiotic yogurt with great taste at a

22      great price with a great probiotic, GanedenBC$^{30}$**.**

23  **What is GanedenBC$^{30}$?**

24      GanedenBC$^{30}$ is the trademarked name for the patented strain of
        probiotic bacteria, *Bacillus coagulans* GBI-30, 6086.

25      GanedenBC$^{30}$ was chosen to be included in EnLiven because each
        probiotic cell of GanedenBC$^{30}$ forms a protective layer around

26      itself that shields it from stomach acids. This helps allow
        GanedenBC$^{30}$ to survive and arrive in the intestines – the intended

27      target. Other traditional cultures, including Lactobacillus and
        Bifidobacterium, are unable to form this shield, making them more

28      vulnerable.

16
**FIRST AMENDED CLASS ACTION COMPLAINT**

**What is a probiotic?**

Probiotics, also referred to as "beneficial bacteria," are live microorganisms which when consumed in adequate amounts can provide a health benefit to the host.

**Who should eat EnLiven?**

EnLiven is perfect for the whole family to enjoy at breakfast or as a delicious snack! People of all ages will love the great taste of EnLiven and moms and dads will love that their families are receiving a daily supply of much needed probiotics to help support digestive health.

**Is enLiven safe for children?**

Yes, EnLiven is suitable for the whole family and can be included as part of a balanced diet.

39. **Other Products containing GanedenBC[30]**

Ganeden and Schiff also market and license their proprietary bacterial strain to third party companies that incorporate GanedenBC[30] into new products that purportedly elicit digestive and immune health benefits claimed by Ganeden's other products.  "Good Cacao" for example, is a chocolate product containing GanedenBC[30]. (*See*, www.goodcacao.com)  Ganeden actively began licensing its proprietary bacterial strain in 2006 and has executed several agreements over the past year including corporate partners looking to incorporate GanedenBC[30] into several products including "probiotic" muffins, sweeteners, beverages and personal care products.

40.     While scientists have not agreed on a common definition, the Food and Agricultural Division of the United Nations and the World Health Organization define probiotics as "live microorganisms which when administered in adequate amounts, confer a health benefit on the host." There is no scientific consensus about whether healthy people benefit from probiotic bacterial supplements, such as those at issue.  If probiotic bacteria do have any health benefits, they must survive the digestive tract in sufficient quantities to achieve the possible benefit. However, there is no consensus on the quantities of probiotics people might require to achieve a probiotic effect, if probiotics have any such effect in healthy people.

41.     Using the term as a marketing tool, without regard to whether it actually delivers any probiotic benefits, Ganeden defines probiotics as bacteria that bring health benefits to their consumer.

17
**FIRST AMENDED CLASS ACTION COMPLAINT**

42. The label on each container of Sustenex Probiotic Capsules substantially appears as follows:



43. The label on each container of Sustenex Probiotic Chews substantially appears as follows:



/ / /

/ /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

44. The label on each container of Sustenex Probiotic Gummies substantially appears as follows:



45. The label on each container of Digestive Advantage, Intensive Bowel Support substantially

appears as follows:



/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

19
**FIRST AMENDED CLASS ACTION COMPLAINT**

46. The label on each container of Digestive Advantage, Irritable Bowel Syndrome, "Fitness Formula" substantially appears as follows:



47. The label on each container of Digestive Advantage, Gas Defense Formula substantially appears as follows:



/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

48. The label on each container of Digestive Advantage, Lactose Defense Formula supplement substantially appears as follows:



49. The label on each container of Digestive Advantage, Daily Constipation Formula substantially appears as follows:



/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

50. The label on each container of Sustenex EnLiven Yogurt substantially appears as follows:



51.    Labeling by Ganeden prominently claims: "**supports digestive and immune health**". Labeling also includes prominently, **"boosts the immune system"**.  In addition, Ganeden's money back guarantee further induces consumers into relying on advertising claims and in purchasing Ganeden's products.

52.    Ganeden    deceptively    describes    Sustenex    Probiotic    products    on    its www.digestiveadvantage.com,   www.sustenex.com   and   www.enLivenyogurt.com   webpages. This website is accessible to the general public and Ganeden's advertisements in other media promote these websites.   Without sufficient testing or adequate substantiation, Ganeden emphasizes that its products are formulated with GanedenBC[30] strain of bacteria, which act to "support" digestive health and "boost" immune health in consumers.

53.    According to Ganeden, these probiotics "help ***boost*** the immune system by keeping the levels of beneficial and harmful bacteria balanced, creating an optimal environment for the immune system to function." (emphasis added)

54.    However, the very studies Ganeden cites as support for its claims fail to demonstrate any conclusive evidence of a direct improvement of immune digestive or immune health in either

healthy volunteers or individuals presenting with digestive maladies. Ganeden directs the consumer to a web link which describes several studies related to study of GanedenBC[30] (see http://www.sustenex.com/professionals/clinicaltrials.aspx) in which Ganeden expressly states that a recent clinical study showed the "probiotic bacteria in Sustenex, *Bacillus coagulans*, *increased* immune response."  On review of the studies however, plaintiffs find no definitive data suggesting a realistic improvement of either digestive or immune health *in vivo*.  In fact, the cited studies describe questionable results on *in vitro* based study of GanedenBC[30] which employ marginal study conditions that make it impossible to interpret study results.

55.     On information and belief, in some of its most cited studies, Ganeden provides study data that examined the "benefits" to a group of 10 healthy volunteers following consumption of GanedenBC[30].  From a statistical point of view, the scant number of participants in these studies make it a virtual impossibility for any scientific conclusions to be drawn regarding the product's health benefits.  Moreover, despite the already low number of study participants, in some cases, study data was omitted for several participants as "outliers" due to Ganaden's determination that the data should be kept out of study findings and conclusion.  In these instances, Ganeden purposely omitted data that would demonstrate a lack of health benefits to study participants and instead presented only data that it felt would best support its claims of health benefits.

56.     Ganeden also claims that GanedenBC[30] has been shown to survive the harsh acidic environment of the digestive tract and to "populate" the system with "beneficial" bacteria in order to convey digestive and immune health benefits.  However, this claim too is false and misleading. For example, Ganeden cites the results of a particular survivability study (*Beneficial Microbes 1 (1): 31-36)* conducted *in vitro*, concluding that the "survival of GanedenBC[30] was high (70%), although germination of the spores was minimal (<10%) under the conditions tested." Given the extremely low germination of bacterial spores observed, in addition to the *in vitro* nature of the study, any realistic survivability extrapolation *in vivo* is impossible to calculate with any degree of scientific or statistical accuracy.  As a practical matter, the results of this study are rendered essentially inconclusive and useless.

57.     With regard to the substance of so-called immune boosting study results, plaintiffs fail to

find substantive support in any of Ganeden's cited studies that would justify its claims.  For example, a study purportedly designed to demonstrate GanedenBC$^{30}$'s immune efficacy, employing a scant 10 volunteers, again failed to show any data that suggested or concluded substantiation of Ganeden's immune benefit claims.  The low number of study participants virtually assures a complete lack of statistical significance and renders the data essentially meaningless.

58.     Further, dosing in the study involved 2 billion "viable" cells per day in each study participant, or roughly 4 times the daily dose typically available to consumers, in EnLiven yogurt, according to Ganeden's own serving size information.  Accordingly, even if one presumed that this study demonstrated any immune benefit, the results would be essentially worthless since the amount of dosing in the study was 4 times the concentration of a typical daily dose of EnLiven yogurt.  Put simply, Ganeden conducted this particular study knowing that the concentration of GanedenBC$^{30}$ in study participants was an unrealistic representation of the typical daily dosing of its products.   Nonetheless, Ganeden continues to cite this study as "clinical proof" of immune health benefit to consumers.

59.     Even at 4 times the typical concentration of GanedenBC$^{30}$, study authors failed to find conclusive data or evidence that substantiated the claims made by Ganeden stating: "The patented GanedenBC$^{30}$ probiotic _may_ be a safe and effective therapeutic option for enhancing T-cell response to certain viral respiratory tract infections", essentially masking inconclusive study data with ambiguous marketing language.  Results of the study also only provided _in vitro_ data leaving it virtually impossible to extrapolate to any potential _in vivo_ human health benefits.

60.     Ganeden's statements are false and mislead the public into the belief that consumption of Sustenex, Daily Advantage and EnLiven products, on a consistent and regular basis, will improve digestive and immune health.  Despite a complete lack of scientific or clinical data to support its claims, Ganeden disregards accurate advertising in the interest of maximizing profits and charging consumers a premium for its health supplement products.

61.     The effectiveness of Ganeden's marketing campaign is also evident.  For example, Wal-mart.com, Amazon.com, among other web sites, advertise Ganeden's various products including

Sustenex, Daily Advantage and EnLiven yogurt, which all contain the same single "probiotic" GanedenBC[30]. Accordingly, profits to Ganeden arising from its deceptive advertising are significant and result from multiple sales of Ganeden's products to a single consumer. Ganeden further conveys and reinforces this claim by prominently printing on its labels the words "boosts the immune system" and on its products as well as providing a money back guarantee if the consumer is "not 100% satisfied".

62.    Ganeden's statements about the ability of its proprietary strain of bacteria to survive the gastrointestinal system in sufficient numbers to convey probiotic effects are also unsubstantiated, false and misleading. In fact, its own studies show an extraordinarily low number of bacterial spores which actually germinate (>10%) in the gastrointestinal tract. On a practical level, in order for GanedenBC[30] to deliver any purported benefit, it must first germinate from the spores contained in Ganeden's products. In the presence of a low germination percentage, the degree of bacterial survival in the digestive system largely becomes irrelevant since the number of bacteria actually delivered to the GI tract is so low that any theoretical benefit becomes an impossibility.

63.    Nonetheless, Ganeden claims that its purportedly probiotic bacteria survive. For example, on dosing information for every package of Sustenex Daily Probiotic it states that each capsule of Sustenex Daily Probiotic Caps contain "2 billion cells" inferring to the consuming public that these cultures remain active in the digestive tract where they have a positive effect on your digestive tract's immune system. In several studies conducted on other similar bacteria it has been shown that only 10%-51.2% of the cultures have been found to survive in the small intestine and just 28.4% in feces. In other studies, data supports the conclusion that even less than these amounts survive the intestinal tract.

64.    Ganeden also claims that its proprietary bacteria not only survives the harsh acidic environment but actually proliferates in the GI tract to "populate" the intestines with "beneficial" bacteria, again, without a single study that demonstrates that its bacteria both populates and proliferates in the digestive tract of healthy humans. According to Ganeden, the survival rate of GanedenBC[30] is also purportedly "much higher than other probiotic capsules, pills and yogurts", "reproducing in adequate numbers to provide benefits".

**PREVAILING SCIENTIFIC DATA REFUTES GANEDEN'S ADVERTISING AND DEMONSTRATES**

**THE FALSITY OF ITS CLAIMS**

65.     According to a June 2006 report on probiotics published by the American Academy of Microbiology, "there is no conclusive evidence that altering the microbiota of a healthy human adult is beneficial."  The report, entitled "Probiotic Microbes: The Scientific Basis," was prepared by the American Academy of Microbiology, a leadership group of the American Society of Microbiology, which is the leading professional association of microbiologists.

66.     Ganeden deceptively conveys the marketing message that the Products deliver unique benefits however fails to provide the consumer with a single bit of information that would support its claims.

67.     Although Ganeden adds a single disclaimer communicating that its Products are not evaluated by the Food and Drug Administration, the advertising employed by Ganeden overwhelmingly conveys to the consumer that its Products will improve one's digestive health and immune system function, purportedly based on sound scientific principles and the positive benefits of probiotics.  Recently, the United States has adopted study Guidelines prepared within the authority of the International Conference on Harmonization (ICH).  The guidelines and more importantly, compliance to these guidelines, communicate to the scientific community that scientific studies conducted within the premise of the doctrine are ensured of accurate and precise scientific outcomes and conclusions.  Likewise, Good Clinical Practice (GCP) is a generalized mandate which provide clinicians and scientific investigators pertinent information regarding study protocols and parameters and added assurance of adherence to accepted practices in conducting scientific studies in humans.

68.     In addition, several studies indicate that survivability of probiotics is at best, difficult to measure.  Ganeden's own studies demonstrated that germination of the GanedenBC$^{30}$ bacterial spore was less than 10% of the ingested concentration, making percent survival *in vivo* virtually impossible to calculate with any degree of scientific accuracy.

69.     Ganeden has also cited benefits to immune health, claims which are completely false.

For instance, in some studies, Researchers have been unable to definitively conclude whether an observed lesser decrease in Natural Killer (NK) cells in probiotic consumers was significant enough to protect study athletes from getting sick.  Moreover, many studies examining the effects of probiotics on digestive and immune health were conducted in an *in vitro* laboratory environment, which is well known not to be necessarily indicative of what happens in the general population of individuals whom consume GanedenBC$^{30}$ on a daily basis.

70.     *In vitro* and animal testing form the basis for a majority of the claims of health benefit of products containing GanedenBC$^{30}$.  This type of testing however does not, and cannot, provide an adequate basis for the claims that Ganeden makes for the effect of GanedenBC$^{30}$ in people. According to a report of a Joint FAO/WHO Working Group on Drafting Guidelines for the Evaluation of Probiotics in Food (FAO Food and Nutrition, 2002), while *in vitro* tests "are critical to assess the safety of probiotic microbes," the currently available tests "are not fully adequate to predict the functionality of probiotic microorganisms in the human body."  The Working Group encourages the study of probiotics in animals in those cases where appropriate animal models exist, but animal studies are not a substitute for human trials.

71.     According to the report of a Joint FAO/WHO Working Group on Drafting Guidelines for the Evaluation of Probiotics in Food (FAO Food and Nutrition, 2002): "Probiotics for human use will require substantiation of efficacy with human trials. . . .  The principal outcome of efficacy studies on probiotics should be proven benefits in human trials, such as statistically and biologically significant improvement in condition, symptoms, signs, well-being or quality of life; reduced risk of disease or longer time to next occurrence; or faster recovery from illness."

72.     Ganeden's claims about the benefits of daily consumption of GanedenBC$^{30}$ are not substantiated by the vast majority of generally accepted scientific literature currently available relating to probiotics.  Despite Ganeden's advertisements and websites depicting the benefits of GanedenBC$^{30}$, few if any studies have looked at beneficial effects on healthy children and adults in order to determine if probiotics at the concentrations delivered by Ganeden's products convey any health benefits whatsoever.

73.     Ganeden's claim that the GanedenBC$^{30}$ bacteria germinate and survive the harsh acidic

environment of the GI tract is not substantiated by the prevailing and generally accepted

scientific literature relating to probiotics.  Aside from Ganeden's own studies which show a less

than 10% germination rate of its bacterial spores, several studies relating to probiotics generally,

show that between 10 and 50% of "probiotic" bacteria are rendered non-viable in the GI tract due

to the harsh acidic and variable pH environment.  Assuming a 10% germination rate for

GanedenBC$^{30}$, in a 2 billion cell dose, it can be reasonably estimated that at most, 100 million of

Ganeden's probiotic cells might actually reach the GI tract as live cells in a normal individual.

In a worst case scenario, presuming only a 10% survival rate, only 10 million probiotic cells

would reach the GI tract, far less than would be expected to convey any effects on human health

even by Ganeden's own claims. Numerous studies suggest that if there are any health benefits

associated with probiotics, concentrations well above the 2-3 billion cells would be necessary to

bring about any such benefits.  Despite inadequate and inapposite testing, Ganeden continues to

unequivocally claim that because of its specially formulated and unique bacteria in the Products,

the Products will deliver health benefits other products cannot.

**GANEDEN'S MARKETING SUCCESS**

74.     Despite merely providing the benefits of traditional probiotic products, Ganeden's

products come at a significant cost. Through the uniform deceptive and misleading marketing

campaign, Ganeden leads consumers to believe that the probiotic benefits of its Products justify a

premium pricing.

75.     Through its marketing campaign, Ganeden set out to not merely sell its Products, but to

sell them at a premium by creating a compelling story about its "probiotic" bacteria. Ganeden

also has sought to sell its GanedenBC$^{30}$-containing products in a wide variety of products

including over-the-counter capsules, gummies, yogurt, chocolate and sweetening products in

order to maximize its market reach and drive profits in ever expanding areas of the market.

Because of its claims, Ganeden has been able to justify the premium charged for its Products

over other products.

76.     As one financial analyst wrote in describing probiotics: "Like antioxidants, most

Americans don't understand what probiotics actually do. But, it's a great marketing word."  To

accomplish this goal – persuading consumers to switch from a less expensive product – Ganeden had to paint a compelling story that all persons would enjoy the Products' added and exclusive health benefits. The story Ganeden's marketing tells is more fiction than fact.

77.     Ganeden's "probiotic" capsules and powder Products advertising launch was one of the most successful product launches in "probiotic" consumer health history. In the years since their launch Ganeden has spent over $30 million on the subject advertising campaign and as a result of this campaign, the sale of the Products have skyrocketed with revenues with approximately $17 million in 2010 alone.

## CLASS ACTION ALLEGATIONS

78.     Plaintiff brings this nationwide class action on behalf of himself and the proposed plaintiff Class members pursuant to Rule 23(b)(2) and (3) of the Federal Rules of Civil Procedure.  The proposed Class consists of:

> All persons who purchased in the United States, Sustenex Probiotic products, Digestive Advantage and EnLiven Yogurt or Ganeden and Schiff products containing GanedenBC$^{30}$ on or after 2003  Excluded from the Class are defendant's officers, directors and employees and those who purchased the Products for the purpose of resale.

79.     The Class comprises many tens of thousands of consumers throughout California and the United States.  The Class is so numerous that joinder of all members of the Class is impracticable.  There are questions of law and fact common to the Class.  The common questions include:

(a)     whether Ganeden had adequate substantiation for its claims prior to making them;

(b)     whether the claims discussed above are true, or are misleading, or reasonably likely to deceive;

(c)     whether Ganeden's alleged conduct violates public policy;

(d)     whether the alleged conduct constitutes violations of the laws asserted herein;

(e)     whether Ganeden engaged in false or misleading advertising;

(f)     whether plaintiff and Class members have sustained monetary loss and the proper measure of that loss;

(g)     whether plaintiff and Class members are entitled to an award of punitive damages;

and

      (h)    whether plaintiff and Class members are entitled to declaratory and injunctive relief.

80.    Plaintiff's claims are typical of the claims of the proposed Class, and plaintiff will fairly and adequately represent and protect the interests of the proposed Class. Plaintiff does not have any interests antagonistic to those of the Class. Plaintiff has retained counsel competent and experienced in the prosecution of this type of litigation. The questions of law and fact common to the Class members, some of which are set out above, predominate over any questions affecting only individual Class members.

81.    A class action is superior to other available methods for the fair and efficient adjudication of this controversy. The expense and burden of individual litigation would make it impracticable or impossible for proposed Class members to prosecute their claims individually. The trial and the litigation of plaintiff's claims are manageable.

82.    Unless a class is certified, defendant will retain monies received as a result of its conduct that was taken from plaintiff and proposed Class members. Unless a class-wide injunction is issued, defendant will continue to commit the violations alleged, and the members of the Class and the general public will continue to be misled.

83.    Ganeden has acted and refused to act on grounds generally applicable to the Class, making appropriate final injunctive relief with respect to the Class as a whole.

## **FIRST CAUSE OF ACTION**

**For Violations of the Consumers Legal Remedies Act – Civil Code §1750 *et seq.* on Behalf of Plaintiff and all Class members, and California Subclass**

84.    Plaintiff repeats, realleges and incorporates by reference each and every allegation contained above as if fully set forth herein.

85.    This cause of action is brought pursuant to the Consumers Legal Remedies Act, California Civil Code §1750, *et seq.* (the "Act"). Plaintiff is a consumer as defined by California Civil Code §1761(d). The Products are goods within the meaning of the Act.

86.    Ganeden violated and continues to violate the Act by engaging in the following practices

proscribed by California Civil Code §1770(a) in transactions with plaintiff and the Class which were intended to result in, and did result in, the sale of the Products:

> (5) Representing that [the Products have] . . . characteristics, . . . uses [or] benefits . . . which they do not have . . . . * * *

> (7) Representing that [the Products] are of a particular standard, quality or grade . . . if they are of another. * * *

> (9) Advertising goods . . . with intent not to sell them as advertised. * * *

> (16) Representing that [the Products have] been supplied in accordance with a previous representation when [they have] not.

87.     Ganeden violated the Act by representing through its advertisements the Products as described above when it knew, or should have known, that the representations and advertisements were unsubstantiated, false and misleading.

88.     Pursuant to §1782 et seq. of the Act, plaintiff notified defendant in writing by certified mail of the particular violations of §1770 of the Act and demanded that defendant rectify the problems associated with the actions detailed above and give notice to all affected consumers of its intent to so act.

89.     Plaintiffs and other members of the Class reasonably relied upon the Defendants' representations as to the quality and attributes of its products.

90.     Plaintiffs and other members of the Class were deceived by Defendants' representations about the quality and attributes of its products, including but not limited to the purported digestive health benefits of its Products, that its Products "boost" the immune system," and that its Products "proliferates in the GI tract to 'populate' the intestines 'beneficial' bacteria, among other false claims.   Plaintiffs and other Class members would not have purchased the Products had they known Defendants claims were either unfounded or untrue, and the true nature of the Products.

91.     Pursuant to California Civil Code §1782(d), plaintiff and the Class seek a Court order enjoining the above-described wrongful acts and practices of defendant and for restitution and disgorgement.

92.     If defendant fails to rectify or agree to rectify the problems associated with the actions detailed above and give notice to all affected consumers within 30 days of the date of written notice pursuant to §1782 of the Act, plaintiff will amend this Complaint to add claims for actual, punitive and statutory damages, as appropriate.

<div align="center">

**SECOND CAUSE OF ACTION**
**Unlawful Business Acts and Practices in Violation of**
**California Business and Professions Code Section 17200 *et seq.***
**on Behalf of Plaintiff, the General Public and California Subclass**

</div>

93.     Plaintiff repeats, realleges and incorporates by reference each and every allegation contained above as if fully set forth herein.

94.     California Business and Professions Code §17200 prohibits any "unfair, deceptive, untrue or misleading advertising."  For the reasons discussed above, Ganeden has engaged in unfair, deceptive, untrue and misleading advertising in violation of California Business & Professions Code §17200.

95.     California Business & Professions Code §17200 also prohibits any "unlawful . . . business act or practice."  Ganeden has violated §17200's prohibition against engaging in unlawful acts and practices by, *inter alia*, making the representations and omissions of material facts, as set forth more fully herein, and violating California Civil Code §§1572, 1573, 1709, 1710, 1711, 1770, Business & Professions Code §17200 *et seq.*, California Health & Safety Code §110765, and the common law.

96.     Plaintiff and the Class reserve the right to allege other violations of law which constitute other unlawful business acts or practices.  Such conduct is ongoing and continues to this date.

97.     California Business & Professions Code §17200 also prohibits any "unfair . . . business act or practice."

98.     Ganeden's acts, omissions, misrepresentations, practices and nondisclosures as alleged herein also constitute "unfair" business acts and practices within the meaning of Business & Professions Code §17200 *et seq.* in that its conduct is substantially injurious to consumers, offends public policy, and is immoral, unethical, oppressive, and unscrupulous as the gravity of the conduct outweighs any alleged benefits attributable to such conduct.

<div align="center">

32
**FIRST AMENDED CLASS ACTION COMPLAINT**

</div>

99. As stated in this Complaint, plaintiff alleges violations of consumer protection, unfair competition and truth in advertising laws in California and other states resulting in harm to consumers. Plaintiff asserts violation of the public policy of engaging in false and misleading advertising, unfair competition and deceptive conduct towards consumers. This conduct constitutes violations of the unfair prong of California Business & Professions Code §17200 *et seq.*

100. There were reasonably available alternatives to further Ganeden's legitimate business interests, other than the conduct described herein.

101. Business & Professions Code §17200 also prohibits any "fraudulent business act or practice."

102. Ganeden's claims, nondisclosures and misleading statements, as more fully set forth above, were false, misleading and/or likely to deceive the consuming public within the meaning of Business & Professions Code §17200.

103. Ganeden's conduct caused and continues to cause substantial injury to plaintiff and the other Class members. Plaintiff has suffered injury in fact as a result of Ganeden's unfair conduct.

104. Ganeden has thus engaged in unlawful, unfair and fraudulent business acts and practices and false advertising, entitling plaintiff to judgment and equitable relief against defendant, as set forth in the Prayer for Relief.

105. Additionally, pursuant to Business & Professions Code §17203, plaintiff seeks an order requiring Ganeden to immediately cease such acts of unlawful, unfair and fraudulent business practices and requiring Ganeden to engage in a corrective advertising campaign.

### THIRD CAUSE OF ACTION

**Breach of Express Warranty On Behalf of Plaintiff and all Class members**

106. Plaintiff realleges and incorporates by reference the allegations contained in the paragraphs above as if fully set forth here.

107. Plaintiff, and each member of the Class, formed a contract with defendant at the time plaintiff and the other members of the Class purchased the Products. The terms of that contract

1   include the promises and affirmations of fact made by Ganeden on its Product labels and through

2   its marketing campaign, as described above.  This product labeling and advertising constitutes

3   express warranties, became part of the basis of the bargain, and is part of a standardized contract

4   between plaintiff and the members of the Class on the one hadn, and Ganeden on the other.

5   108.    All conditions precedent to Ganeden's liability under this contract have been performed

6   by plaintiff and the Class.

7   109.    Ganeden breached the terms of this contract, including the express warranties, with

8   plaintiff and the Class by not providing the product which could provide the benefits described

9   above.

10   110.    As a result of Ganeden's breach of its contract, plaintiff and the Class have been damaged

11   in the amount of the purchase price of the products they purchased.

12                                   **FOURTH CAUSE OF ACTION**

13   **Money Had and Received, Money Paid and Unjust Enrichment on Behalf of Plaintiff**

14                                   **and all Class members**

15   111.    Plaintiff realleges and incorporates by reference the allegations contained in the

16   paragraphs above as if fully set forth here.

17   112.    As a the result of defendant's false and deceptive advertising, unfair, deceptive, untrue or

18   misleading business practices and misrepresentations and in consideration thereof, during the

19   relevant time period set forth above, the class members paid money to and conferred a benefit

20   upon defendant in connection with defendant's products sold to class members, which monies

21   were originally in the class members' possession.

22   113.    Defendant received, retained or appropriated these benefits under such circumstances that

23   it would be inequitable and unjust to permit defendants to retain such monies at the expense of

24   the class members.  Defendant, as a result of such conduct, became indebted to the class

25   members for the sums paid to defendant by class members as set forth in detail above, with

26   interest thereon.  No such sums have been paid to the class members.

27   114.    In fairness, all such monies, including all interest defendant has earned on such monies

28   while in wrongful possession thereof, should be disgorged by defendant and paid to members of

the class under principles of unjust enrichment. No violation of law or public policy would be promoted by such relief.

115.    As a direct and proximate result of defendant's conduct resulting in their unjust enrichment, plaintiffs and class members suffered injury, and therefore seek an order directing defendants to return the amount each of them were improperly induced to pay to defendants, plus interest thereon, as well as impose a constructive trust over such monies.

### PRAYER FOR RELIEF

**WHEREFORE**, plaintiff, on behalf of himself, all others similarly situated and the general public, prays for judgment against all defendants as to each and every cause of action, including:

### <u>ON ALL CAUSES OF ACTION</u>

A.    An order declaring this action to be a proper Class Action and requiring defendants to bear the costs of class notice;

B.    An order awarding plaintiff and the proposed Class members damages in the amount to be determined at trial;

C.    An order awarding restitution and disgorgement of Ganeden's  revenues to plaintiff and the proposed Class members;

D.    An order awarding declaratory and injunctive relief as permitted by law or equity, including; enjoining defendant from continuing the unlawful practices as set forth herein, and directing defendant to identify, with Court supervision, victims of its conduct and pay them restitution and disgorgement of all monies acquired by defendant by means of any act or practice declared by this Court to be wrongful;

E.    An order compelling Ganeden to engage in a corrective advertising campaign to inform the public concerning the true nature of its products;

F.    An award for punitive damages;

G.    An order awarding attorneys' fees and costs; and

H.    An order providing for all other such further relief as may be just and proper.

1

2

**JURY DEMAND**

3

Plaintiff hereby demands a trial by jury on all issues so triable.

4

DATED:  July 1, 2011

5

THE LAW OFFICES OF RONALD A. MARRON, APLC

6

/s/ Ronald A. Marron

7

RONALD A. MARRON
3636 Fourth Avenue, Suite 202
San Diego, CA 92103

8

Telephone: 619/696-9006
Facsimile:  619/564-6665

9

10

THE LAW OFFICE OF DAVID L. ROMERO

11

12

/s/ David L. Romero
DAVID L. ROMERO
925 Sandcastle Drive

13

Cardiff, CA 92007

14

Telephone: 619/995-03456
Facsimile:  760/942-9126

15

16

ATTORNEYS FOR PLAINTIFFS

17

18

19

20

21

22

23

24

25

26

27

28

**FIRST AMENDED CLASS ACTION COMPLAINT**